AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

RECEIVED MARSHALS

for the

2018 JAN -5 A 9:41

Western District of Texas

WESTERN DISTRICT
OF TEXAS-EL PASO
WARRANTS DIVISION

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. EP-18-cr-00053-KC |
| Khalil S. Maxwell | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Khalil S. Maxwell                                                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1, 6, 7, 8, 9: 18 U.S.C. § 1591 (a)(1), (2), and (b)(2) Sex Trafficking of Children
COUNTS 2, 3, 4, 5: 18 U.S.C. § 1591(a)(1), (2) and (b)(1) Sex Trafficking by Force, Fraud, and Coercion
COUNT 10: 18 U.S.C. § 2422 (b) Coercion and Enticement of a Minor
COUNT 11: 18 U.S.C. § 2252(a)(2) & (b)(1) - Receipt of a Visual Depiction Involving the Sexual Exploitation of a Minor
COUNT 12: 18 U.S.C. § 1594 (c) Conspiracy to Sex Traffic A Person
COUNT 13: 18 U.S.C. §1591(d) Obstruction of Sex Trafficking Enforcement

Date:      01/03/2018                                        _____
                                                                             *Issuing officer's signature*

City and state:      El Paso, Texas                                        David Cano, Deputy Clerk
                                                                             *Printed name and title*

FILED 2018 MAR 21 AM 10:19

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____

at *(city and state)* _____ .

Date: ~~Executed by~~ — USMS                         _____
                                                                             *Arresting officer's signature*
On _____ 3-7-18 (writ)
                                                                             _____
In _____ El Paso, TX                                        *Printed name and title*

Executed by

On

In